**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES

vs.  CRIMINAL ACTION NO. 3:98-CR-66-HTW-LRA
 CIVIL ACTION NO. 3:12-CV-143-HTW-LRA

CLINTON MOSES

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. The Report and Recommendation clearly notified Clinton Moses of his right to file written objections to the Report and Recommendation, and that failure to do so could bar appeal.

This court finds the Report and Recommendation well-taken and hereby adopts it as the order of this court and the court. The court hereby dismisses plaintiff's motion to vacate, without prejudice.

**SO ORDERED, this the 31st day of December, 2013.**

 **s/ HENRY T. WINGATE
 UNITED STATES DISTRICT JUDGE**